JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M.,<br><br>            Plaintiff,<br><br>       v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>           Defendant. | NO. CV 24-6471-AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for calculation of benefits from the date of Plaintiff's 55th birthday.

DATED: July 29, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE